IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

JESSIE ARNOLD, :
:
    Plaintiff, :
:
VS. : Civil Action File No.
: **1:06-CV-117 (WLS)**
JERRY JEFFERSON, et al., :
:
    Defendants. :

## **RECOMMENDATION**

Currently pending in this *pro se* prisoner § 1983 action is plaintiff's motion to dismiss the action (doc.30). The instant action was filed in August, 2006. (doc 2). Plaintiff claimed that his constitutional rights were violated in that he was constantly subjected to vicious and brutal beatings by the Defendants while at Calhoun State Prison. Although plaintiff has more than three strikes within the meaning of the Prison Litigation Reform Act, the case was sanctioned and allowed to proceed *in forma pauperis* as plaintiff claimed to be in imminent danger. (doc 9).

In this motion, plaintiff requests that this case be dismissed in its entirety, without prejudice. Defendants object, as they have already filed an answer and a motion for summary judgment, which remains pending, in part based upon plaintiff's failure to exhaust administrative remedies.

Under Rule 41(a) of the Federal Rules of Civil Procedure, an action may be voluntarily dismissed by the plaintiff by filing a notice of dismissal at any time before service by the adverse party of any answer or of a motion for summary judgment.

However, plaintiff did not file his request to dismiss this action until after defendants filed their motion for summary judgment. Therefore, it is the RECOMMENDATION of the undersigned that plaintiff's motion to dismiss this action be **DENIED**.

It also appearing that plaintiff has failed to file a substantive response to defendants' motion for summary judgment, plaintiff is given an additional FIFTEEN (15) DAYS from the date of this recommendation to file a substantive response to defendants' motion for summary judgment.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 3rd day of August, 2007.

//S Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

msd