**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY  DIVISION**

| | | |
|---|---|---|
| JESSIE ARNOLD, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 1:06-CV-117 (WLS) |
| | : | |
| JERRY JEFFERSON, ET. AL., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc.  No.  34),  filed August 28, 2007.  It is recommended that Plaintiff's  motion for a restraining order (Doc.  No.  2) be denied and that Defendant's motion for summary judgment  (Doc. No.  28) be granted.  Neither Plaintiff, nor Defendants, have filed a timely objection.  In fact, Plaintiff had previously filed a request to voluntarily dismiss the complaint (Doc.  No.  30) which was denied.  (Doc.  No.  33).

Upon full consideration of the record, the Court finds that said Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein.  Accordingly, Plaintiff's motion for a temporary restraining order (Doc.  No.  11) is **DENIED as moot** and Defendant's motion for summary judgment (Doc.   No.  28) is **GRANTED.**  To the extent that the Magistrate Judge's previous ruling denying Plaintiff's motion to dismiss, which was not objected to by either party, requires adoption by this Court, the order and recommendation is **ACCEPTED and ADOPTED.**  Plaintiff's motion to dismiss (Doc.  No.  30) is **DENIED.**

SO ORDERED,  this   25th   day of September, 2007.


    /s/W. Louis Sands
**W. Louis Sands, Judge
United States District Court**